**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7141**

LUKE D. PATTERSON,

                Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Robert W. Trumble, Magistrate Judge.  (3:20-cv-00074-GMG-RWT)

Submitted:  December 22, 2020                Decided:  December 29, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luke D. Patterson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke D. Patterson appeals the magistrate judge's orders denying his motion to waive the filing fee and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Patterson v. United States*, No. 3:20-cv-00074-GMG-RWT (N.D.W. Va. June 11, 2020; July 14, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*